

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-14-00500-CR

Edward **ROMERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3128
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

This court's opinion affirming the trial court's judgment as modified issued in this appeal on July 22, 2015, and this court's mandate issued on September 21, 2015. On June 30, 2021, appellant filed a "Motion for an Order to Direct the Bexar County District Attorney's Office to Recuse or Disqualify from Further Postconviction Litigation in This Matter." Because this court's plenary power has expired, this court does not have jurisdiction to rule on appellant's motion. Accordingly, the motion is DISMISSED FOR LACK OF JURISDICTION.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court